```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 00313
   ETHEL L SMITH
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9418


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/08/2008 and was confirmed 05/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSEC W/INTER     4067.69           .00          .00
ECAST SETTLEMENT CORP      NOTICE ONLY     NOT FILED           .00          .00
LVNV FUNDING LLC           UNSEC W/INTER     2479.27           .00          .00
CITIBANK                   NOTICE ONLY     NOT FILED           .00          .00
SEARS                      NOTICE ONLY     NOT FILED           .00          .00
SEARS                      NOTICE ONLY     NOT FILED           .00          .00
ECAST SETTLEMENT CORP      UNSEC W/INTER      475.03           .00          .00
ECAST SETTLEMENT CORP      NOTICE ONLY     NOT FILED           .00          .00
SHIRLEY MOORE              NOTICE ONLY     NOT FILED           .00          .00
LULA STUART                NOTICE ONLY     NOT FILED           .00          .00
MARLENE SMITH              NOTICE ONLY     NOT FILED           .00          .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG     4467.59           .00      4467.59
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    35109.52           .00          .00
LITTON LOAN SERVICING      CURRENT MORTG     1374.41           .00      1374.41
LITTON LOAN SERVICING      MORTGAGE ARRE     7691.63           .00          .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED           .00          .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED           .00          .00
LITTON LOAN SVC            NOTICE ONLY     NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   PRIORITY         14899.60           .00          .00
DISTRICT DIRECTOR          NOTICE ONLY     NOT FILED           .00          .00
DISTRICT DIRECTOR          NOTICE ONLY     NOT FILED           .00          .00
DISTRICT DIRECTOR          NOTICE ONLY     NOT FILED           .00          .00
COOK COUNTY TREASURER      SECURED NOT I     4063.36           .00          .00
INTERNAL REVENUE SERVICE   SECURED NOT I    11326.79           .00          .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER    24070.86           .00          .00
TIMOTHY K LIOU             DEBTOR ATTY       334.20                         .00
TOM VAUGHN                 TRUSTEE                                       508.00
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00313 ETHEL L SMITH
```

```
--------------------------------------------------------------------------------
TRUSTEE                                      6,350.00

PRIORITY                                                                  .00
SECURED                                                              5,842.00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                   508.00
DEBTOR REFUND                                                             .00
                                        ---------------      ---------------
TOTALS                                       6,350.00             6,350.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 11/20/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 00313 ETHEL L SMITH